IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-40268
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                          Plaintiff-Appellee,

                    versus

KATHY LYNN WILLIAMS,

                                          Defendant-Appellant.

_____

Appeal from the United States District Court for the
Eastern District of Texas
USDC No. 4:94-CR-62-3
_____

January 16, 1996

Before JOLLY, JONES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Kathy Lynn Williams appeals her convictions of conspiracy to possess with intent to distribute crack cocaine and possession with intent to distribute crack cocaine.  She contends solely that the evidence was insufficient to support her convictions.  We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find Williams

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

guilty beyond a reasonable doubt.  <u>United States v. Bell</u>, 678 F.2d 547, 549 (5th Cir. 1982)(en banc), <u>aff'd</u>, 462 U.S. 356 (1983).

A F F I R M E D.